'Second Department. October 14, 1904.) Action by Bridget Caflisch against William Rowley. No opinion. Motion denied, without costs.

CAFLISCH, Appellant, v. ROWLEY, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Bridget Caflisch against William Rowley. No opinion. Motion to dismiss appeal granted, without costs.

CAHILL v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Bernard Cahill against the city of Rochester. No opinion. Motion for leave to appeal to the Court of Appeals granted.

CAHILL v. HOGAN, Mayor, et al. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by John F. Cahill against Joseph F. Hogan, as mayor of the city of Troy, and others, together assuming to act as the municipal improvements commission of the city of Troy.
PER CURIAM. Order (89 N. Y. Supp. 1022) affirmed, with $10 costs and disbursements to the respondent.
SMITH and CHASE, JJ., dissent.

In re CALDWELL (Supreme Court, Appellate Division, Second Department. November 23, 1904.) In the matter of the application of Morrison H. Caldwell for admission to the bar. No opinion. Application granted.

CALDWELL et al. v. LABAREE et al. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Howard Caldwell and another against J. Walter Labaree and another. No opinion. Motion denied, on payment of $20 costs.

CARLE v. STARRETT et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by John J. Carle, as executor, against George B. Starrett and others. C. A. Wendell, for appellant. J. G. Boston, for respondents. No opinion. Order affirmed, with costs.

In re CATOIR. (Supreme Court, Appellate Division, First Department. October 14, 1904.) In the matter of John Catoir. No opinion. See memorandum.

In re CATOIR. (Supreme Court, Appellate Division, First Department. November 18, 1904.) In the matter of John Catoir. No opinion. Motion granted.

CHAPMAN & CO., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Chapman & Co. against the city of New York.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on the authority of Rosenstock v. City of New York (decided herewith) 89 N. Y. Supp. 948.

CHASE, Respondent, v. DRAKE, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Durfee C. Chase against Katharine E. Drake. No opinion. Motion denied, without costs.

In re CITIZENS' WATER SUPPLY CO. OF NEWTOWN. (Supeme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the petition of the Citizens' Water Supply Company of Newtown relative to acquiring title to real estate. No opinion. Motion granted, and order amended by striking out the award of costs and disbursements on appeal.

CITY OF MIDDLETOWN, Respondent, v. ÆTNA INDEMNITY CO. OF HARTFORD, CONN., Appellants, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the city of Middletown against the Ætna Indemnity Company of Hartford, Conn., impleaded with others. No opinion. Motion denied, without costs.

CITY OF MT. VERNON, Respondent, v. KENLON, et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the city of Mt. Vernon against Andrew M. Kenlon and others.
PER CURIAM. Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Motion to amend order and judgment of affirmance denied, without costs. As to the leave to answer, we understand that the permission granted by the interlocutory judgment is not destroyed by our affirmance of that judgment.

In re CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) In the matter of the application of the city of New York to acquire title to property to widen Clinton avenue. No opinion. Leave to serve reply brief granted, provided the same is served and filed within five days.

In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) In the matter of the application of the city of Rochester to acquire certain lands in the town of Brighton, adjoining the city of Rochester. No opinion. Order affirmed, with $10 costs and disbursements.

CHAMBERS, Respondent, v. HOWARD, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by William G. Chambers against Henry A. Howard, individually and as executor, etc., of Clarissa Ordway, deceased. No opinion. Judgment unanimously affirmed, with costs.